

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| NEW WORLD CAR NISSAN, INC., d/b/a WORLD CAR HYUNDAI, AND NEW WORLD CAR IMPORTS, SAN ANTONIO, INC., d/b/a WORLD CAR HYUNDAI, | § § § | No. 08-20-00147-CV Appeal from the |
| Appellants, | § | 53rd District Court |
| v. | § | of Travis County, Texas |
| HYUNDAI MOTOR AMERICA AND TEXAS DEPARTMENT OF MOTOR VEHICLES, | § § | (TC# D-1-GN-20-002662) |
| Appellees. | § | |

**O R D E R**

The reformed briefs have been filed per this Court's order of October 6, 2022. Therefore, the Court REINSTATES the appeal.

IT IS SO ORDERED this 14th day of November, 2022.

PER CURIAM

Before Rodriguez, C.J., Palafox and Alley, JJ.